# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2013

Robert P. Young, Jr.,
Chief Justice

146131

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DONALD D. CABALA and SUSAN CABALA,
        Plaintiffs/
        Counter-Defendants/Appellees,

v                                                    SC: 146131
                                                     COA: 305250
                                                     Midland CC: 09-006089-CH
JAMES L. ALLEN d/b/a LARKIN FOOD
CENTER & HARDWARE, and EUNICE A.
ALLEN,
        Defendants/
        Counter-Plaintiffs/Appellants.

_____/

        On order of the Court, the application for leave to appeal the September 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2013                                        _____
                                                              Clerk

t0402